■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMEL SMALL, Also Known as SAMUEL SMALL, Appellant. [844 NYS2d 880]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered July 13, 2005, convicting him of petit larceny, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the prosecutor's summation denied him due process and a fair trial is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Nieves,* 2 AD3d 539, 540 [2003]). In any event, a review of the challenged comments reveals that they were either fair comment on the evidence adduced at trial or responsive to defense counsel's summation (*see People v McHarris,* 297 AD2d 824, 825 [2002]; *People v Cariola,* 276 AD2d 800 [2000]). Crane, J.P., Goldstein, Florio and Dillon, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIPE VARGAS-ORTIZ, Appellant. [846 NYS2d 62]—Appeal by the defendant, as limited by his motion, from a resentence of the Supreme Court, Richmond County (Rooney, J.), imposed June 8, 2005, on the ground that the resentence is excessive.

Ordered that the resentence is affirmed. No opinion. Prudenti, P.J., Mastro, Krausman, Lifson and Balkin, JJ., concur.